IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC and UNILOC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 2:18-cv-00493-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION
TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA
UNDER 28 U.S.C. § 1404**

Pending before the Court is Defendant Google LLC's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404. Having considered the Motion and Plaintiffs' Response, the Court hereby **GRANTS** the Motion.