**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **UNILOC 2017, LLC** | § | |
| | § | |
| *Plaintiff,* | § | Civil Case No. 2:18-cv-00493-JRG-RSP |
| | § | Civil Case No. 2:18-cv-00499-JRG-RSP |
| v. | § | Civil Case No. 2:18-cv-00502-JRG-RSP |
| | § | |
| **GOOGLE LLC** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**DECLARATION OF MICHAEL E. JONES IN SUPPORT OF GOOGLE'S CONSOLIDATED RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Michael E. Jones, declare as follows:

1. I am a lawyer with the law firm of Potter Minton, P.C., located at 110 N. College Ave., Suite 500, Tyler, Texas 75702. I submit this declaration in connection with Google LLC's Consolidated Claim Construction Brief. The facts stated in this declaration are true based upon my personal knowledge or based upon information submitted to me that justifies a belief they are true, and if called to testify to them, I would competently do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,836,654 ("the '654 Patent").

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 5,913,175 ("the '175 Patent").

4. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Dr. J. Nicholas Laneman relating to claim construction terms in the '654 Patent.

5. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 8,194,632 ("the '632 Patent").

6. Attached hereto as Exhibit 5 is a true and correct copy excerpts from the Microsoft Computer Dictionary, Fifth Edition.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Computer Hope Glossary entries for "Terminal."

8. Attached hereto as Exhibit 7 is a true and correct copy of the Patent Owner Preliminary Response in *Inter Partes* Review No. IPR2019-00918, filed with the Patent Trial and Appeal Board by Uniloc on July 17, 2019.

9. Attached hereto as Exhibit 8 is a true and correct copy of applicant's Response to Office Action Dated January 8, 2010, during the prosecution of U.S. Patent Application No. 11/288,505.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Dr. J. Nicholas Laneman relating to claim construction terms in the '632 Patent.

11. Attached hereto as Exhibit 10 is a true and correct copy of U.S. Patent No. 8,407,609 ("the '609 Patent").

12. Attached hereto as Exhibit 11 is a true and correct copy of Random House Concise Dictionary of Science & Computers © 2004 entries for "Web page."

13. Attached hereto as Exhibit 12 is a true and correct copy of Oxford Dictionary of Computing, 6th Ed., entries for "web page."

14. Attached hereto as Exhibit 13 is a true and correct copy of Newton's Telecom Dictionary, 24th Ed., entries for "web page."

15. Attached hereto as Exhibit 14 Is a true and correct copy of the Declaration of Henry Houh, Ph. D., relating to claim construction terms in the '609 Patent.

16. Attached hereto as Exhibit 15 is a true and correct copy of applicant's Response to Office Action dated February 2, 2012, during the prosecution of U.S. Patent Application No. 12/545,131.

Executed this 14th day of December, 2019 in Tyler, Texas.

*/s/ Michael E. Jones*
Michael E. Jones