# EXHIBIT 5

Microsoft

OVER 10,000 ENTRIES

# Microsoft Computer Dictionary

## Fifth Edition



- *Fully updated with the latest technologies, terms, and acronyms*
- *Easy to read, expertly illustrated*
- *Definitive coverage of hardware, software, the Internet, and more!*

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
p. cm.
ISBN 0-7356-1495-4
1. Computers--Dictionaries. 2. Microcomputers--Dictionaries.

AQ76.5. M52267 2002
004'.03--dc21 200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9 QWT 7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

grams, a predesigned spreadsheet that contains formulas, labels, and other elements. **4.** In MS-DOS, a small portion of memory that holds the most recently typed MS-DOS command. **5.** In word processing and desktop publishing programs, a predesigned document that contains formatting and, in many cases, generic text.

**temporary file** *n.* A file created either in memory or on disk, by the operating system or some other program, to be used during a session and then discarded. *Also called:* temp file. *See also* scratch[1].

**temporary storage** *n.* A region in memory or on a storage device that is temporarily allocated for use in storing intermediate data in a computational, sorting, or transfer operation.

**ten's complement** *n.* A number in the base-10 system that is the true complement of another number and is derived either by subtracting each digit from 1 less than the base and adding 1 to the result or by subtracting each number from the next higher power of the base. For example, the ten's complement of 25 is 75, and it can be derived either by subtracting each digit from 9, which is 1 less than the base (9 – 2 = 7, 9 – 5 = 4) and then adding 1 (74 + 1 = 75) or by subtracting 25 from the next higher power of 10, which is 100 (100 – 25 = 75). *See also* complement. *Compare* nine's complement.

**tera-** *prefix* A prefix meaning $10^{12}$: 1 trillion in the American numbering system, 1 million million in British numbering. *Abbreviation:* T. *See also* terabyte.

**terabyte** *n.* A measurement used for high-capacity data storage. One terabyte equals $2^{40}$, or 1,099,511,627,776, bytes, although it is commonly interpreted as simply one trillion bytes. *Abbreviation:* TB.

**teraflops** *n.* One trillion floating-point operations (FLOPS) per second. Teraflops serves as a benchmark for larger computers that measures the number of floating-point operations they can perform in a set amount of time. *Also called:* TFLOPS. *See also* FLOPS.

**terminal** *n.* **1.** In networking, a device consisting of a video adapter, a monitor, and a keyboard. The adapter and monitor and, sometimes, the keyboard are typically combined in a single unit. A terminal does little or no computer processing on its own; instead, it is connected to a computer with a communications link over a cable. Terminals are used primarily in multiuser systems and today are not often found on single-user personal computers. *See also* dumb terminal, smart terminal, terminal emulation. **2.** In electronics, a point that can be physically linked to something else, usually by a wire, to form an electrical connection.

**Terminal** *n.* An application that provides command-line access to the Mac OS X UNIX core. The Terminal command-line environment allows UNIX functions from within Mac OS X.

**Terminal Access Controller Access Control System** *n. See* TACACS.

**terminal adapter** *n.* The correct name for an ISDN modem, which connects a PC to an ISDN line but does not modulate or demodulate signals as a typical modem does.

**terminal emulation** *n.* The imitation of a terminal by using software that conforms to a standard, such as the ANSI standard for terminal emulation. Terminal-emulation software is used to make a microcomputer act as if it were a particular type of terminal while it is communicating with another computer, such as a mainframe. *See also* VT-52, VT-100, VT-200.

**terminal server** *n.* In a LAN (local area network), a computer or a controller that allows terminals, microcomputers, and other devices to connect to a network or host computer, or to devices attached to that particular computer. See the illustration. *See also* controller, LAN, microcomputer, terminal.




***Terminal server.***



T