# EXHIBIT 12


OXFORD
DICTIONARY OF
COMPUTING
SIXTH EDITION

Case 2:18-cv-00493-JRG-RSP Document 150-13 Filed 12/14/19 Page 3 of 6 PageID #: 7736

A Dictionary of

# Computing

SIXTH EDITION

OXFORD
UNIVERSITY PRESS

Entr

Acti
bina
cach
com
Cor
data
(DE
elec
Eth
forr
dev
hol
ink
jacl
ker
dis
me
inf
• (
Qu
• :
to
vi
•

OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide in

Oxford New York

Auckland Cape Town Dar es Salaam Hong Kong Karachi Kuala Lumpur Madrid Melbourne Mexico City Nairobi New Delhi Shanghai Taipei Toronto

With offices in

Argentina Austria Brazil Chile Czech Republic France Greece Guatemala Hungary Italy Japan Poland Portugal Singapore South Korea Switzerland Thailand Turkey Ukraine Vietnam

Oxford is a registered trade mark of Oxford University Press in the UK and in certain other countries

Published in the United States by Oxford University Press Inc., New York

© Market House Books Ltd, 1983, 1986, 1990, 2004, 2008

The moral rights of the author have been asserted
Database right Oxford University Press (maker)

First edition 1983
Second edition 1986
Third edition 1990
Fourth edition 1996
Fifth edition 2004
Sixth edition 2008

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, without the prior permission in writing of Oxford University Press, or as expressly permitted by law, or under terms agreed with the appropriate reprographics rights organization. Enquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Oxford University Press, at the address above

You must not circulate this book in any other binding or cover and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

Typeset by Market House Books Ltd.
Printed in Great Britain
on acid-free paper by
Clays Ltd, St Ives plc

ISBN 978–0–19–923401–1

10 9 8 7 6 5 4 3 2 1

# Computing

SIXTH EDITION

Authoritative and wide ranging, this leading dictionary is compiled by a team of computer specialists with expert knowledge on everything from networking and databases to graphics and webcams. Covering all aspects of computing and providing jargon-free definitions, it is as valuable for home and office users as it is indispensable for students and teachers of computing.

- Over 6,500 entries—150 of them new to this fully revised and updated edition
- New feature spreads on key topics, including XML
- Full coverage of the internet, multimedia, and computer applications
- Includes recent advances in artificial intelligence, security, and personal computing

Recommended web links for many entries updated via the *Dictionary of Computing* companion website: www.oup.com/uk/reference/resources/computing



OXFORD
UNIVERSITY PRESS

www.oup.com

ISBN 978-0-19-923401-1

9 780199 234011

£25.00 RRP $50.00 USA
$55.00 CAN

**weakly terminating (weakly normalizing)** *See* ABSTRACT REDUCTION SYSTEM.

**Web** *See* WORLD WIDE WEB.

**WEB** *See* LITERATE PROGRAMMING.

**web application** A client/server application where the client is a web browser and the two communicate using *HTTP. In practical terms, the server must produce output in the form of *dynamic web pages and accept input in the form of *HTTP requests.

**Web-based Distributed Authoring and Versioning** *See* WEBDAV.

**web browser** An application used to view and interact with web pages and to navigate between them. Technically it is a client application that implements *HTML and related standards and which communicates with servers over a TCP/IP network using *HTTP.

**webcam** *Abbrev. for* web camera. A small TV camera usually of low resolution used in conjunction with a suitable video card to provide real-time images for viewing on the Internet.

**web crawler (web spider)** An application that systematically and continuously traverses the *World Wide Web for some purpose. Web *search engines, for example, use web crawlers to refresh their data by visiting every web site periodically. Performing such traversals is called **spidering**.

**WebDAV** *Abbrev. for* Web-based Distributed Authoring and Versioning. Extensions to *HTTP that provide file manipulation operations – creation, update, deletion, moving, etc. – on a web server. The effect is to provide a file system on the server that is accessible over the network.

**web feed** A web document that contains a summary of and link to another document. Web feeds are often used to notify subscribers to a service of updated content. They are usually collected by a program running on the user's machine called an **aggregator**, which periodically checks for new feeds. There is no standard format for web feeds. *See also* RSS.

W

**web log** *See* BLOG.

**web of trust** *See* PUBLIC KEY INFRASTRUCTURE.

**web page** A *hypertext document on the *World Wide Web.

**web server** A *server on a TCP/IP network that listens for *HTTP requests addressed to it and performs the appropriate action. Usually this is involves supplying a web page in HTML format. Basic web servers do this by transmitting a copy of a pre-prepared *static web page. However, many modern web servers can create *dynamic web pages and host *web applications.

**web service** A software component that publishes its *interface on and responds to requests from a network, in particular the Internet. web services use open XML-based standards: interfaces are published using **WSDL** (Web Services Description Language), and services usually communicate with their clients through *SOAP messages. The ambition of web services is to use the Internet to implement large-scale *distributed processing in an open way.

SEE WEB LINKS

- The WC3's Web Services Activity Page
- The WSDL (version 2.0) specification primer

**web site** A collection of hyperlinked *web pages owned by an individual, organization, or company.

**web spider** *See* WEB CRAWLER.

**weighted code** A *block code in which a weight has been assigned to each of the symbol positions in a codeword. *See also* 8421 CODE, EXCESS-3 CODE.

**weighted graph** A *graph that has weights associated with the edges of the graph. The weight can be regarded as a *function from the set of edges into some appropriate codomain. This function is sometimes called a **cost function**. For example, in graphs with geographical origins, weight might represent distance or cost of travel.

**weighted least squares** *See* LEAST SQUARES, METHOD OF.

**weighted mean** *See* MEASURES OF LOCATION.

**Weiler–Atherton clipping algorithm** A *polygon-clipping algorithm that is capable of clipping a concave polygon with interior holes to the boundaries of another concave polygon also with interior holes. (A