# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:18-cv-00493-JRG-RSP |
| GOOGLE LLC, | § § § | |
| *Defendant.* | § | |

## ORDER

On Friday, March 27, 2020, the Court held an informal telephone conference with counsel for both sides in the above-captioned case as contemplated in its Order (Dkt. 209) regarding Plaintiff's March 16, 2020 Emergency Motion to Modify Discovery Deadlines (Dkt. 205). This Order memorializes the Court's rulings from that conference, including certain deadlines. While this Order is only being filed in this case, the Court contemplates that the proceedings discussed herein will eventually affect all the "first wave" cases.[1]

The deadline to complete fact discovery is March 30, 2020. The parties must file all "non-deposition" discovery motions by April 1, 2020.  In other words, only discovery motions regarding the Rule 30(b)(6) depositions are not subject to this deadline. Instead, motions relating to Rule 30(b)(6) depositions are due by April 15, 2020. Those motions will be limited to 10 pages, while the attachments to the motions will have no page limit. Instead, the notice that the motion is based on should be included as an attachment. The Court will hold telephonic hearings on the motions beginning the week of April 20, 2020.

---

[1] The civil action numbers of the live first wave cases are: 2:18-cv-491; 2:18-cv-492; 2:18-cv-493; 2:18-cv-496; 2:18-cv-497; 2:18-cv-499; 2:18-cv-502; 2:18-cv-503; and 2:18-cv-504.

     This Order does not override the usual meet and confer rules. As such, the obligation to meet and confer before filing relevant motions still exists. Further, the parties should clearly specify the amount of time requested for each Rule 30(b)(6) deposition during the meet and confer process.

     **SIGNED this 27th day of March, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE