**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:18-cv-00493-JRG-RSP |
| GOOGLE LLC, | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Report & Recommendation ("R&R") of Magistrate Judge Payne, Dkt. No. 232, which recommends that Defendant Google LLC's ("Google") Motion for Summary Judgment Regarding Indefiniteness in View of the Claim Construction Order ("Motion"), Dkt. No. 195, be granted. Neither party filed an objection within the statutory time period. *See* Fed. R. Civ. P. 72(b)(2).

Because no objections have been filed and based on the Court's *de novo* review of the R&R, the R&R is **ADOPTED**. It is therefore **ORDERED** that claim 4 of U.S. Patent No. 6,836,654 is found invalid as indefinite, and Plaintiff's claims of infringement based on claim 4 are dismissed.

**So ORDERED and SIGNED this 6th day of May, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE