**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:18-cv-00493-JRG-RSP |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Defendant Google LLC's ("Google") Motion to Compel Discovery Responses Regarding Licensing and Infringement Contentions ("Motion"). **Dkt. No. 225**. Defendant's Motion seeks to compel Plaintiff Uniloc 2017 LLC ("Uniloc") to supplement responses to Google's Interrogatory Nos. 4, 5, 18, 19, 20, and 22. After due consideration, the Court **DENIES IN PART** the Motion with respect to Interrogatory No. 5.

Google previously filed a Motion to Compel Interrogatory Response Regarding Infringement Contentions ("Previous Motion"). Dkt. No. 180. The Previous Motion sought to compel Uniloc to supplement a response to Google's Interrogatory No. 5. In a separate order, the Court has **DENIED** the Previous Motion. It is therefore **ORDERED** that the request in the Motion to supplement the response to Google's Interrogatory No. 5 is also **DENIED**.

**SIGNED this 8th day of May, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE