**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC 2017, LLC | |
| Plaintiff, | Case No. 2:18-cv-00493-JRG-RSP |
| | Case No. 2:18-cv-00497-JRG-RSP |
| v. | Case No. 2:18-cv-00503-JRG-RSP |
| GOOGLE LLC, | **FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER** |
| Defendant. | |

**DEFENDANT GOOGLE LLC'S MOTION
FOR FEES AND COSTS PURSUANT TO 28 U.S.C. § 1927**

## I.    INTRODUCTION

As explained in Google LLC's ("Google") motions for attorneys' fees (the "Fee Motions") in Case Nos. 18-cv-493, 18-cv-497, and 18-cv-503 (collectively, "Dismissed Cases"), the substantive weakness of the Dismissed Cases and the unreasonable manner in which Uniloc 2017, LLC ("Uniloc") litigated them warrant an award of attorneys' fees under 35 U.S.C. § 285. The Court should also hold Uniloc and its outside counsel—the Etheridge Law Firm ("Etheridge" firm)—jointly and severally liable for Google's attorneys' fees and expert fees under 28 U.S.C. § 1927 because ███████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████.

## II.    LEGAL STANDARD

Counsel who "unreasonably and vexatiously" multiplies legal proceedings can be held liable for fees and costs under 28 U.S.C. § 1927.  Conduct is "unreasonabl[e] and vexatious[]" when counsel pursues a baseless claim in bad faith, for an improper motive, or with reckless disregard of the duty owed to the court.  *Morrison v. Walker*, 939 F.3d 633, 637–38 (5th Cir. 2019).  To "shift the entire cost of defense, the claimant must prove, by clear and convincing evidence, that every facet of the litigation was patently meritless."  *Id.* at 637 n.13 (citation omitted).

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

## III.    ARGUMENT



███████████████████████████████████████████████████████

████████████████████. *See Travelers Ins. Co. v. St. Jude Hosp. of Kenner, La., Inc.*, 38

F.3d 1414, 1417–18 (5th Cir. 1994) (finding that a court may consider other litigations to

determine bad faith or improper motive).  In these cases, ████████████████████████

███████████████████████████████████████████████████████

███████████[1]  *See* Ex. 1 at 88:24–90:1, 93:10–94:12; *see also Electronic Commc'n Techs., LLC*

*v. ShoppersChoice.com, LLC*, -- F.3d --, No. 19-2087, 2020 WL 3551988, at *4 (Fed. Cir. July 1,

2020) (finding a plaintiff's pattern of repeatedly filing infringement actions to force settlements

without ever taking a single case to a merits determination relevant to awarding fees).  ████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████.

███████████████████████████████████████████████

███████████████████████████████████████████████████████

---

[1] ██████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████.

[2] ████████████████████████, on June 29, 2020, the Etheridge firm filed another 15 cases
against Google on behalf of WSOU Investments LLC ("WSOU").  *See WSOU Investments LLC
dba Brazos Licensing and Development v. Google LLC*, Case Nos. 20-cv-00571—585 (W.D.

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

████████████████████. ████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████

█████████████         █████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████. █████████████████████████████

██████████████████████████████████████████

█████████████████████████████████. *Morrison*, 939 F.3d at 638 (finding no dispute that

the proceedings were "multiplied" where there were "repeated[] . . . filings based only on the

meritless . . . claim.") (citation omitted).

████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████. Simply put, studied "[i]gnorance is sanctionable, not bliss." *Bhd. of*

---

Tex.). █████████████████████████ were among 106 cases that the Etheridge firm filed against
five defendants, all in the Western District of Texas.  Ex 4. ████████████████████████
█████████████████████████████████████. Ex. 5 at Frame 846; Ex. 6 at Uniloc
Common Production to Google 0010802 (Exhibit A).

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

*Locomotive Eng'rs & Trainmen v. Union Pac. R.R. Co.*, 905 F.3d 537, 544 (7th Cir. 2018).  And

Section 1927 exists for the very purpose of deterring counsel from using a "head-in-the-sand

approach" for the sole purpose of stringing out baseless litigation.  *See, e.g.*, *Fred A. Smith*

*Lumber Co. v. Edidin*, 845 F.2d 750, 753 (7th Cir. 1988) (reversing denial of sanctions against

counsel for "employing 'the ostrich-like tactic of pretending that potentially dispositive authority

against a litigant's contention does not exist'"). ███████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████.

     ███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████ ███████████████████████████████████████████

███████████████████████████████████████████

─────────────────────────

[3] ████████████████████████████████████ ██

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████ ██

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████ ██

██e.

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**



. . .

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



t. *See, e.g.*, *Morrison*, 939 F.3d at 638 ("An attorney acts with 'reckless disregard' of his duty to the court when he, without reasonable inquiry, advances a baseless claim despite clear evidence undermining his factual contentions."); *Ratliff v. Stewart*, 508 F.3d 225, 235 (5th Cir. 2007) (finding "improper purpose" when plaintiff maintained suit without further investigation after notification that it sued the wrong defendant); *see Phonometrics, Inc. v. Westin Hotel Co.*, 350 F.3d 1242, 1247–48 (Fed. Cir. 2003) (affirming award under § 1927 because the patentee maintained suit despite a claim construction that precluded infringement); *MarcTec LLC v. Johnson & Johnson*, 664 F.3d 907,

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

918 (Fed. Cir. 2012) ("[The patentee's] proposed claim construction, which . . . was unsupported by the intrinsic record, was frivolous and supports a finding of bad faith.").

## IV.    CONCLUSION

For the foregoing reasons, Google respectfully requests that the Court grant this motion and hold Uniloc and the Etheridge firm jointly and severally liable for Google's reasonable attorneys' fees and expert fees, and other non-taxable costs, in the amounts set forth in each of Google's Fee Motions.


Dated:  July 6, 2020                                  Respectfully submitted,

                                                      */s/ Robert Unikel with permission, by*
                                                      *Michael E. Jones*
                                                      Michael E. Jones
                                                      State Bar No. 10929400
                                                      mikejones@potterminton.com
                                                      POTTER MINTON, P.C.
                                                      110 N. College Ave., Suite 500
                                                      Tyler, Texas 75702
                                                      Tel: (903) 597-8311
                                                      Fax: (903) 593-0846

                                                      Robert Unikel
                                                      robertunikel@paulhastings.com
                                                      Michelle Marek Figueiredo (IL Bar
                                                      #6297112)
                                                      michellemarek@paulhastings.com
                                                      Matthew Richard Lind (IL Bar #6327241)
                                                      mattlind@paulhastings.com
                                                      John A. Cotiguala (IL Bar #6311056)
                                                      johncotiguala@paulhastings.com
                                                      PAUL HASTINGS LLP
                                                      71 South Wacker Dr., 45th Floor
                                                      Chicago, IL 60606
                                                      Telephone: (312) 499-6000
                                                      Facsimile: (312) 499-6100

                                                      Elizabeth L. Brann (CA Bar #222873)
                                                      elizabethbrann@paulhastings.com
                                                      Ariell Nicole Bratton (CA Bar #317587)

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert Laurenzi (NY Bar #3024676)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue, 26th Floor
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 318-6100

*ATTORNEYS FOR DEFENDANT*
*GOOGLE LLC IN 18-cv-497-JRG-RSP*

Dated:  July 6, 2020

Respectfully submitted,

*/s/ Tharan Gregory Lanier, with permission*
*by Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Michael C. Hendershot
mhendershot@jonesday.com
Tharan Gregory Lanier
tglanier@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939

Sasha Mayergoyz
smayergoyz@jonesday.com
JONES DAY
77 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 782-3939

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Tracy Stitt
tastitt@jonesday.com
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939

*ATTORNEYS FOR DEFENDANT
GOOGLE LLC IN 18-cv-493-JRG-RSP*

Dated:  July 6, 2020                           Respectfully submitted,

*/s/ Michael A. Berta, with permission by
Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Michael A. Berta
Michael.berta@arnoldporter.com
ARNOLD & PORTER
KAYE SCHOLER LLP
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3277

Nicholas H. Lee
Nicholas.lee@arnoldporter.com
ARNOLD & PORTER
KAYE SCHOLER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Tel: 213-243-4156

David A. Caine
David.Caine@arnoldporter.com
ARNOLD & PORTER
KAYE SCHOLER LLP
3000 El Camino Real

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Five Palo Alto Square, Suite 500
Palo Alto, CA  94306-3807
Tel: 650-319-4710

Nicholas M. Nyemah
nicholas.nyemah@arnoldporter.com
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC  20001-3743
Tel: 202-942-6681

*ATTORNEYS FOR DEFENDANT*
*GOOGLE LLC IN 18-cv-503-JRG-RSP*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Google has complied with the meet and confer requirement in Local Rule CV-7(h).  The personal conference required by Local Rule CV-7(h) was conducted on July 6, 2020 via telephonic conference with the following participants: Jim Etheridge, Ryan Loveless and Travis Richins on behalf of Uniloc 2017, LLC, and Michael Jones, Patrick Clutter, Robert Unikel, Gregory Lanier, Tracy Stitt, and Nicholas Lee on behalf of Google LLC.  Agreement could not be reached as to the items presented to the Court in this Motion because the parties disagree as to whether Google should be awarded fees and non-taxable costs.  Discussions have conclusively ended in an impasse, leaving an open issue for the Court to resolve.  This motion is opposed.

*/s/ Michael E. Jones*
Michael E. Jones

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document and all supporting declarations and exhibits thereto are being filed under seal pursuant to the terms of the Protective Order.

*/s/ Michael E. Jones*
Michael E. Jones

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on July 6, 2020.

I also hereby certify that all counsel of record who have consented to electronic service are being served with a notice of filing of this document, under seal, pursuant to L.R. CV-5(a)(7) on July 6, 2020.

*/s/ Michael E. Jones*
Michael E. Jones