**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § | Case No. 2:18-cv-00493-JRG-RSP |
| GOOGLE LLC, | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to File Responses to Google's Motions for Fees ("Motion"), Dkt. Nos. 287 and 288, filed by Plaintiff Uniloc 2017 LLC ("Uniloc"). Dkt. No. 292.

After consideration, the Court **GRANTS** Uniloc's Motion. It is therefore **ORDERED** that Uniloc's deadline to respond to the fee motions is extended through August 17, 2020.

**SIGNED this 15th day of July, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE